**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: RELIANCE STANDARD LIFE INSURANCE CO.**, *et al.* | **CIVIL ACTION NOS.**<br>**19-331, 19-332, 19-333, 19-334,**<br>**19-335, 19-336, 19-338, 19-339,**<br>**19-340, 19-341, 19-342, 19-343** |

## ORDER

**AND NOW**, this 24th day of June 2019, upon consideration of the pending motions and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1.      Plaintiffs' Consolidated Motion to Remand is **GRANTED**.  The cases are **REMANDED** to the Court of Common Pleas of Philadelphia County where they were filed at December Term 2018.

2.      Defendants' Motion to Dismiss is **DISMISSED AS MOOT**.

3.      Any other pending Motions are **DISMISSED AS MOOT**.

4.      The Clerk is directed to **CLOSE** all of the above-captioned cases.

It is so **ORDERED**.

                                        **BY THE COURT:**

                                        **/s/ Cynthia M. Rufe**

                                        _____

                                        **CYNTHIA M. RUFE, J.**